# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**CHARLENE WASCHNECK,**

        **Plaintiff,**

**v.**           **Case No: 04-2109-JWL**

**RITA SHUKLAPER,**

        **Defendant.**

## ORDER OF DISMISSAL

Pursuant to the joint stipulation of dismissal with prejudice (doc. 14) filed by the parties on June 20, 2005, the Court orders that this case is dismissed with prejudice, with the parties to bear their own costs.

IT IS SO ORDERED.

Dated in Kansas City, Kansas this 20th day of June, 2005.

                                                s/ John W. Lungstrum
                                              John W. Lungstrum
                                              District Judge